THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

Attorneys for Plaintiff
North Sports, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NORTH SPORTS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>LOVE RIDE, INC., a Delaware corporation,<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NO. 6,805,066<br><br>DEMAND FOR JURY TRIAL |

Plaintiff North Sports, Inc., for its Complaint against Defendant Love Ride, Inc., states and alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff North Sports, Inc. ("North Sports") is a corporation organized and existing under the laws of the State of Washington, with its principle place of business at #1 North Shore Dr, SE, White Salmon, WA 98672.

2. Upon information and belief, Defendant Love Ride, Inc. ("Love Ride") is a corporation organized and existing under the laws of Delaware with its principal place of business at 1240 Alice St. #C, Woodland, CA 95776, in Yolo County, California.

3. Upon information and belief, Love Ride operates a waterpark marketed under the name Velocity Island Park located at 755 North East Street, Woodland, CA 95776, in Yolo County, California.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NO. 6,805,066               -1-

88330238.5 0042977-00001

1   4.  This action is brought pursuant to the patent laws of the United States, 35 U.S.C. § 100, et. seq. including 35 U.S.C. § 281.

5.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338.

6.  This Court has personal jurisdiction over Defendant because Defendant has its principle place of business in this District.  In addition, Love Ride is infringing North Sports' patent in this District, at Love Ride's Velocity Island Park waterpark.

7.  Venue in this Court is proper under 28 U.S.C. § 1391 and 1400(b).

## CLAIM FOR RELIEF

### (Infringement of U.S. Patent No. 6,805,066)

8.  North Sports realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 7 of this Complaint.

9.  U.S. Patent No. 6,085,066 for a Modular Floating Swim Platform ("the '066 Patent") was issued by the United States Patent and Trademark Office on October 19, 2004.  A copy of the '066 Patent is attached as **Exhibit A** to this Complaint.

10.  North Sports is the sole owner, by assignment, of the '066 Patent.

11.  Love Ride is directly infringing at least Claim 1 of the '066 Patent, literally or by equivalents, pursuant to 35 U.S.C. § 271 in this District by using one or more modular floating swim platforms at the Pirates Cove Aqua Park section of its Velocity Island Park waterpark in Woodland, California that includes, among other features:

   a.  a substantially planar floating swim module having a substantially flat top deck surface;

   b.  one or more inflatable bladders defining the top, bottom, and perimeter of that module;

   c.  each inflatable bladder including an inflation valve and multiple substantially parallel longitudinal I-beam members integrated into the bladder and adjoining the top and bottom of the inside surface of the bladder; and

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NO. 6,805,066                    -2-

88330238.5 0042977-00001

      d.   multiple connectors affixed to the exterior edge of the module that allow releasable attachment at least to additional modules, fixed objects, or anchoring devices.

12. At no time has North Sports granted Love Ride any authorization, license, or permission to practice the '066 Patent.

13. Upon information and belief, Love Ride's infringement of the '066 Patent is intentional and willful.

14. Upon information and belief, Love Ride purchased its infringing swim platforms from a Chinese distributor shortly after being provided with a proposal from North Sports' authorized distributor for North Sports' Aquaglide swim platforms embodying the technology of the '066 Patent.

15. North Sports notified Love Ride of the '066 Patent and of North Sports' assertion of infringement by letter dated August 1, 2016, attaching a copy of the '066 Patent. Upon information and belief, Love Ride has willfully and intentionally continued its infringement of the '066 Patent.

16. North Sports has been and will continue to be damaged by Love Ride's continuing infringement of the '066 Patent.

17. North Sports has been, continues to be, and will continue to be harmed irreparably by Love Ride's infringement of the '066 Patent and has no adequate remedy at law for Love Ride's continuing infringement of the '066 Patent.

**PRAYER FOR RELIEF**

WHEREFORE, North Sports respectfully requests that this Court:

A. Declare the '066 Patent infringed by Love Ride;

B. Preliminarily and permanently enjoin Love Ride, its officers, directors, employees, agents, representatives, and all persons acting or claiming to act on their behalf or under their direction or authority from directly, contributorily infringing, or inducing infringement of, any claims of the '066 Patent, literally or by equivalents.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NO. 6,805,066                -3-

88330238.5 0042977-00001

1   C.   Enter judgment in favor of North Sports and against Love Ride awarding North Sports its damages for patent infringement pursuant to 35 U.S.C. § 284 in an amount to be determined at trial, but in no event less than a reasonable royalty for infringement of the '066 Patent, in addition to prejudgment interest, post-judgment interest, and North Sports' costs in this action;

D.   Award North Sports treble damages pursuant to 35 U.S.C. § 284 by reason of Love Ride's deliberate and willful infringement of the '066 Patent;

E.   Declare this case to be exceptional and award North Sports reasonable attorneys' fees, costs, and expenses pursuant to 35 U.S.C. § 285; and

F.   Award such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

North Sports hereby requests a trial by jury for all issues so triable.

DATED:  January 9, 2017

                STOEL RIVES LLP

                By: /s/ Thomas A. Woods
                    THOMAS A. WOODS
                    (SB #210050)
                    Attorneys for Plaintiff
                    North Sports, Inc.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

COMPLAINT FOR INFRINGEMENT OF
U.S. PATENT NO. 6,805,066

-4-

88330238.5 0042977-00001